UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:14-CR-245-3D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | ORDER TO SEAL |
| | : | |
| MARCIQUISE JERMAINE EDWARDS | : | |

Upon motion of the Government and for good cause shown, it is hereby ORDERED Docket Entry Number 62 and its accompanying Order be sealed until further Order of this court.

It is FURTHER ORDERED that the Clerk may provide a filed copy of the Motion and Order to the United States Attorney and counsel for this Defendant.

This the 15 day of July, 2015.

JAMES C. DEVER III
Chief United States District Judge